fore, for the judgment in terms to set aside the assignment of the lease, as the rights of all the parties would have been protected by a provision in the judgment stating that the lease was partnership property, and defining the interests of the partners therein, respectively, by declaring that the plaintiff, as executrix of John D. Quincy, was entitled to a three-quarters interest, and the defendants to a one-quarter interest. The judgment should accordingly be modified as indicated, and, as so modified, affirmed, without costs.

---

QUINN v. ONONDAGA COUNTY MILK ASS'N. (Supreme Court, Appellate Division, Fourth Department. December 9, 1903.) Action by Thomas Quinn against the Onondaga County Milk Association. No opinion. Motion to dismiss appeal granted, with $10 costs.

---

RAPP, Respondent, v. ASH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 12, 1904.) Action by Charles N. Rapp against William B. Ash and another.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion to vacate warrant of attachment granted, with $10 costs. *Held,* that the affidavit presented upon the application for the warrant of attachment did not so establish the defendants had left the state with intent to defraud their creditors, and to avoid service of summons, as to give the justice jurisdiction to grant said warrant; that the allegations upon said subject in form purport to be made upon personal knowledge alone, and it appears that affiant could not have had such personal knowledge.

---

REDELL, Appellant, v. REDELL, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 5, 1904.) Action by Louis A. Redell against Charles Redell. No opinion. Order affirmed, with costs.

---

REESE et al., Respondents, v. NORTHRUP, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1903.) Action by Andrew J. Reese and another against Halsey F. Northrup.

PER CURIAM. Interlocutory judgment affirmed, with costs, upon opinion of KRUSE, J., delivered at Special Term (84 N. Y. Supp. 52), with leave to defendant to plead over, upon payment of costs of the demurrer and of this appeal.

WILLIAMS, J., dissents.

---

REESE v. NORTHRUP. (Supreme Court, Appellate Division, Fourth Department. January 12, 1904.) Action by Andrew J. Reese against Halsey F. Northrup. No opinion. Motion for leave to appeal to the Court of Appeals granted.

---

RICH, Respondent, v. BAILEY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 5, 1904.) Action by Hollen W. Rich against Virgil E. Bailey and others. No opinion. Judgment and order affirmed, with costs.

---

RIEHLMAN, Respondent, v. FIELD, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by Sarah Riehlman against Mary Field. No opinion. Motion to amend decision denied, without costs.

---

RILEY, Respondent, v. TOWN OF CUBA, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by Michael Riley against the town of Cuba. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

---

ROBERTS, Appellant, v. MURRAY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 8, 1903.) Action by James A. Roberts, as receiver, etc., against Mary A. Murray and others. No opinion. Judgment (81 N. Y. Supp. 1023) affirmed, with costs.

---

ROBINSON, Appellant, v. HATCH, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by George N. Robinson against Henry W. Hatch; the name "Henry" being fictitious, etc. No opinion. Judgment and order affirmed, with costs.

---

ROEBER, Respondent, v. HAUSE, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by Louis Roeber against Louis Hause. No opinion. Judgment affirmed, with costs.

---

In re ROGERS CONST. CO. (Supreme Court, Appellate Division, Fourth Department. January 5, 1904.) In the matter of the voluntary dissolution of the Rogers Construction Company. No opinion. Ordered affirmed, with $10 costs and disbursements.

---

ROSCOE LUMBER CO., Respondent, v. NORTON et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by the Roscoe Lumber Company against William F. Norton and others. No opinion. Judgment affirmed, with costs.

---

ROTHOSER, Appellant, v. COSEL et al., Respondents. (Supreme Court, Appellate Term. May 11, 1903.) Action by Jacob Rothoser against Julius Cosel and another. From a judgment for defendants, plaintiff appeals. Affirmed.

PER CURIAM. Judgment affirmed, with costs.

---

ROTTAGLIATA v. HAYWARD. (Supreme Court, Appellate Division, First Department.